**EXHIBIT "A"**

| IN RE: | § | Case No. 04-30700-H3-7 |
|---|---|---|
| | § | |
| **TIEN THU NGUYEN,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____ Small Dividends


__X__ Unclaimed Dividends

        Check #5005    Claim #4
        Chase Manhattan Bank, NA
        PO Box 52176
        Phoenix, AZ 85072    $28.97

        Total Unclaimed Dividends        n/a

        Total Small & Unclaimed Dividends    $ 28.97