**EXHIBIT "A"**

| | | |
|---|---|---|
| IN RE: | § | Case No.  04-30700-H3-7 |
| | § | |
| **TIEN THU NGUYEN,** | § | (Chapter 7) |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____  Small Dividends


__X__  Unclaimed Dividends

| | |
|---|---|
| Ck #5003     Claim #2 | Ck #5006     Claim #5 |
| Lifesaver Drilling, Inc. | Texas State Bank |
| 8407 Gulf Spring | 1000 Main |
| Houston, Texas 77075 | Houston, Texas 77002 |
| $11.83 | $538.76 |

Total Unclaimed Dividends                                n/a

Total Small & Unclaimed Dividends        $   550.59