**EXHIBIT "A"**

| | | |
|---|---|---|
| **IN RE:** | § | Case No. 04-30700-H3-7 |
| | § | |
| **Nguyen, Tien Thu** | § | (Chapter 7) |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Amount |
|---|---|---|
| __X__ Small Dividends | | |
| Waste Corporation of Texas<br>6632 John Ralston Rd<br>Houston, TX 77049 | 3 | $ 4.37 |
| _____ Unclaimed Dividends | | |
| NONE | | |
| | Total Small Dividends | $ 4.37 |
| | Total Small & Unclaimed Dividends | $ 4.37 |